

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00793-CV

**BHOTAN VALLEY INVESTORS LLC**,
Appellant

v.

**LEM 2Q LLC** and LEM 2P LLC,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05732
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  December 11, 2013

PETITION FOR PERMISSIVE APPEAL DENIED; APPEAL DISMISSED

On November 7, 2013, appellant filed a petition requesting permission to appeal the trial court's order denying a motion to transfer venue. *See* TEX. R. APP. P. 28.3. The court has considered the petition, the response, and the reply. The petition is denied, and this appeal is dismissed.

PER CURIAM